UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SUSANNE GRIFFITH,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:12-CV-05475-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge (ALJ) shall review the updated evidence of record; obtain medical expert testimony regarding the nature and severity of Plaintiff-Appellant's impairments and resulting limitations, if any; weigh the medical opinions of record in accordance with 20 C.F.R. § 404.1527; reassess Plaintiff-Appellant's residual functional capacity; and obtain vocational expert testimony.

DATED this 12th day of July, 2013.

Karen L. Strombom
United States Magistrate Judge

Page 1 ORDER OF REMAND - [3:12-CV-05475-KLS]

1

Presented by:

2

s/ Mathew W. Pile

3 MATHEW W. PILE
Special Assistant U.S. Attorney

4 Office of the General Counsel
Social Security Administration

5 701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

6 Telephone: (206) 615-3760
Fax: (206) 615-2531

7 mathew.w.pile@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 2 ORDER OF REMAND - [3:12-CV-05475-KLS]